UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Qualcomm Incorporated,<br><br>                      Applicant. | CASE NO.: 1:18-mc-00010-JEP<br><br>**MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Applicant Qualcomm Incorporated ("Qualcomm") moves the Court for the entry of a Stipulated Protective Order. In support thereof, Qualcomm provides a proposed Stipulated Protective Order attached hereto as Exhibit 1. In addition, Qualcomm provides the following information:

On May 4, 2018, the Court issued its Order (DE 4) pursuant to 28 U.S.C. § 1782 granting Qualcomm leave to obtain discovery from Qorvo Incorporated ("Qorvo"), for Qualcomm's use in foreign proceedings, namely two actions pending the Regional Court of Munich, 7th Civil Division, entitled *Qualcomm v. Apple Distribution International ULC, et al.*, Case No. 7 O 10495/17 and *Qualcomm v. Apple Incorporated*, Case No. 7 O 10496/17 (the "German Proceedings"). On May 9, 2018, Qualcomm served Qorvo with a subpoena identifying the documents Qualcomm seeks for use in those foreign proceedings.

In responding to the subpoena, Qorvo wishes to protect the confidential, proprietary, and/or commercially sensitive information of certain documents sought by Qualcomm. As provided for in the proposed Stipulated Protective Order, Qorvo and Qualcomm have stipulated and agreed to the marking, handling, and protection of material that may be produced in response

to Qualcomm's subpoena that is confidential, proprietary, and/or commercially sensitive information.

For these reasons, Qualcomm respectfully requests the entry of the Stipulated Protective Order attached hereto as Exhibit 1.

Dated: June 28, 2018            Respectfully submitted,


/s/Lance A. Lawson_____

Lance A. Lawson, P.E.
N.C. State Bar No. 23835
MCNAIR LAW FIRM, P.A.
Bank of America Plaza
101 S. Tryon Street, Suite 2610
Charlotte, North Carolina 28282
Telephone: 704-347-1170
Facsimile: 704-347-4467
E-mail: llawson@mcnair.net

*Local Counsel for Applicant,*
*Qualcomm Incorporated*


/s/Yury Kapgan_____

Yury Kapgan
CA State Bar No. 218366
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: yurykapgan@quinnemanuel.com

*Counsel for Applicant,*
*Qualcomm Incorporated*
*(by Special Appearance)*

# CERTIFICATE OF SERVICE

       I hereby certify that on June 28, 2018, I electronically filed Qualcomm Incorporated's *Motion for Entry of Stipulated Protective Order* using the CM/ECF System. I will serve via email a copy of the *Motion* and accompanying Exhibit 1 on counsel for Qorvo Incorporated as indicated below.

       Dated: June 28, 2018

                                                 */s/Lance A. Lawson*

                                                 Lance A. Lawson, P.E.
                                                 N.C. State Bar No. 23835
                                                 MCNAIR LAW FIRM, P.A.
                                                 Bank of America Plaza
                                                 101 S. Tryon Street, Suite 2610
                                                 Charlotte, North Carolina 28282
                                                 Telephone: 704-347-1170
                                                 Facsimile: 704-347-4467
                                                 E-mail: llawson@mcnair.net

                                                 *Local Counsel for Applicant,*
                                                 *Qualcomm Incorporated*

Michael S. Connor
NC State Bar No. 16152
ALSTON & BIRD LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
Email: mike.connor@alston.com

Adam D. Swain
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004
Email: adam.swain@alston.com

*Counsel for Qorvo Incorporated*